

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-19-00189-CR

Victor Manuel **PEREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6059
The Honorable Velia J. Meza, Judge Presiding

## O R D E R

On June 27, 2019, appellant filed a motion requesting a sixty-day extension of time to file his brief, which is due to be filed on June 28, 2019.  The motion is GRANTED, and appellant's brief must be filed no later than August 27, 2019.  Given the length of the extension granted, **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.

KEITH E. HOTTLE,
Clerk of Court